# EXHIBIT B

# Engagement Agreement

September 2, 2009

ADS Logistics, LLC
116 East 1100 North
Chesterton, Indiana 46304

Dear Mr. Sweet:

This letter is to confirm the engagement of Robert F. Angart ("Mr. Angart"), by ADS Logistics, LLC, Alternative Distribution Systems, Inc. and May Logistics Services, Inc. (collectively, "ADS" or the "Company") to perform the tasks outlined below in conjunction with the Company's financial restructuring, any bankruptcy filing (the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and any related sale and/or restructuring efforts.

## ASSIGNMENT

Robert F. Angart is being engaged as interim Chief Executive Officer, reporting directly to the Company's respective Boards of Directors and Board of Managers. Additionally, upon approval by the Company Mr. Angart shall engage other temporary employees (the "Temporary Staff") on an as needed basis to support Mr. Angart and the Company in connection with the Chapter 11 Cases. The services to be provided by Mr. Angart and the Temporary Staff will include, without limitation:

(i) Directing the Debtors' operations, including the efforts of other professionals in connection with the Debtors' financial restructuring, including all sale, refinancing, or liquidation activities;

(ii) Directing negotiations with, and reporting to, the Debtors' significant creditors, including without limitation, trade creditors and senior lenders (including any lenders under any debtor-in-possession credit arrangement and any Creditors Committee);

(iii) Directing the negotiations with all parties interested in the possible acquisition of the Debtors' assets within the Bankruptcy process, and evaluating all such offers for purposes of deriving the best and highest value for all such assets for the benefit of the Debtors' creditors;

(iv) Assisting the Debtors in complying with the requirements of the U.S. Bankruptcy Code;

(v) Assisting in the development and implementation of a Plan of Reorganization, if appropriate;

(vi) Directing all cash management matters throughout the pendency of the bankruptcy process;

(vii) Maintaining full responsibility for all of the Debtor's operations, including, but not limited to day to day supervision of all aspects of the Debtor and its personnel;

(viii) Reporting to the Debtors' Boards of Directors and Board of Managers;

(ix) Responding to all inquiries of the Bankruptcy Court, the U.S. Trustee's Office and the Debtors' creditor constituencies during the course of the bankruptcy process, including compliance with all aspects of any debtor-in-possession operations; and

(x) Other such functions as requested by the Debtors or their counsel to assist the Debtors in these Chapter 11 cases.

In this role, Mr. Angart will have full responsibility for all of the Company's operations, including, but not limited to day to day management of all aspects of the Company and its personnel. Mr. Angart will report directly to the Company's boards of directors and board of managers.

## CONFIDENTIALITY

You have instructed Mr. Angart, and Mr. Angart agrees, that this engagement and all information obtained by him, the Temporary Staff and any of their representatives concerning the business and operations of the Company is confidential and will be held in the strictest of confidence except that Mr. Angart and the Temporary Staff will be free to respond to all inquiries of the Bankruptcy Court, the US Trustee, and the Company's creditor constituencies during the course of any Chapter 11 Cases, including with respect to the Company's compliance with all aspects of any DIP operations.

## INDEMNIFICATION

Mr. Angart and any Temporary Staff serving in any capacity on behalf of the Company will be entitled to the indemnities available to all other Officers and Directors of the Company under its corporate bylaws and applicable state law, along with insurance coverage under the Company's Directors and Officers insurance policy.

## FEES

Mr. Angart's fees will be billed in daily and hourly increments and not in tenths of an hour. Due to the nature of Mr. Angart's assignment it is not practical or cost effective to detail our invoices in any other manner. A daily log of categories of work by Mr. Angart will be provided with the weekly invoices.

Mr. Angart will bill for his services, plus out of pocket expenses, on a weekly basis, and may assign any fees to Hillyer Group, LLC, a turnaround management firm in which Mr. Angart is a principal. Mr. Angart will supply copies of weekly invoices to the Company's Boards of Directors and Board of Managers, and if appropriate the U. S. Trustee, the Company's secured

2

lenders and the representatives of any creditors' committee appointed in the Chapter 11 Cases. All invoices are due and payable upon presentation, by wire transfer.

Mr. Angart's current rate is $350 per hour.

The rates of Temporary Staff vary depending upon the relative experience of the individuals employed as Temporary Staff and range from $175 to $650 per hour.

Out of pocket expenses will be billed in addition to the above fees and will include airfares, hotel, meals, mileage, parking, car rentals, photocopying and other incidentals as well as any attorney fees incurred (none are expected) related to this assignment.

Please indicate your agreement with the contents of this letter by signing and returning the enclosed copy of this letter.

Thank you for selecting me for this assignment.

Very truly yours.

By: /s/ Robert F. Angart

**Accepted and Agreed to by:**
ADS Logistics, LLC

By: /s/ Charles Sweet
Title: Manager
Date   9/2/09

**Accepted and Agreed to by:**
Alternative Distribution Systems, Inc.
May Logistics Services, Inc.

By: /s/ Charles Sweet
Title: Director
Date   9/2/09