# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Alternative Distribution Systems, Inc., *et al.*[1] ) | Case No. 09-13099 (PJW) |
| ) | |
| Debtors. ) | Joint Administration Requested |
| ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED AND NOTICE OF FIRST DAY HEARING ON SEPTEMBER 3, 2009 AT 2:00 P.M. (ET)

## HEARING WILL BE HELD BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN ON 5TH FLOOR IN COURTROOM NUMBER 6

1.  <u>Voluntary Petitions and Declaration in Support of First Day Pleadings</u>

    a.  Voluntary Petition of Alternative Distribution Systems, Inc., filed September 2, 2009 [Case No. 09-13099, Docket No. 1]

    b.  Voluntary Petition of May Logistics Services, Inc. filed September 2, 2009 [Case No. 09-13100, Docket No. 1]

    c.  Voluntary Petition of ADS Logistics, LLC filed September 2, 2009, [Case No. 09-13101, Docket No. 1]

    d.  Declaration of Timothy M. May, Chief Operating Officer of each of the Debtors, in Support of First Day Pleadings filed September 2, 2009 [Docket No. 4]

    Status: Listed for informational purposes only.

2.  Motion of the Debtors for an Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) filed September 2, 2009 [Docket No. 3]

    Status: This matter will be going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc. (2412); May Logistics Services, Inc. (4970); and ADS Logistics, LLC (0782).

3. Application of the Debtors for an Order Authorizing the Employment and Retention of BMC Group, Inc., as Official Claims, Noticing and Solicitation Agent filed September 2, 2009 [Docket No. 5]

   Status: This matter will be going forward.

4. Motion of the Debtors Pursuant to Section 366 of the Bankruptcy Code for Entry of Interim and Final Orders: (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Services to, or Discriminating Against, the Debtors on Account of Prepetition Amounts Due; (II) Determining that Utility Companies are Adequately Assured of Future Payment; (III) Establishing Procedures for Determining Requests for Additional Assurance; and (IV) Granting Certain Related Relief filed September 2, 2009 [Docket No. 6]

   Status: This matter will be going forward.

5. Motion of the Debtors for an Order (A) Authorizing, but Not Directing, Debtors to Pay Prepetition Taxes and Fees and (B) Directing Financial Institutions to Honor and Process Checks Related to Prepetition Taxes and Regulatory Fees filed September 2, 2009 [Docket No. 7]

   Status: This matter will be going forward.

6. Motion for Entry of an Order Authorizing, But Not Directing, Debtors to Maintain and Administer Customer Programs and Honor Certain Prepetition Obligations Related Thereto filed September 2, 2009 [Docket No. 8]

   Status: This matter will be going forward.

7. Motion of the Debtors for an Order Authorizing, But Not Directing, the Debtors to Enter Into Trade Agreements with Critical Vendors and to Pay Prepetition Obligations in Connection Therewith filed September 2, 2009 [Docket No. 9]

   Status: This matter will be going forward.

8. Motion of Debtors for Entry of an Order Authorizing Assumption of Broker/Carrier Agreements filed September 2, 2009 [Docket No. 10]

   Status: This matter will be going forward.

9. Debtors' Motion for an Order Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code for (I) Authority to Honor Prepetition Insurance Premium Financing Agreements and Renew Such Agreements in the Ordinary Course of Business and (II) Authorization of Financial Institutions to Honor and Process Checks and Transfers Related Thereto filed September 2, 2009 [Docket No. 11]

   Status: This matter will be going forward.

10. Motion for Entry of an Order Authorizing, but Not Directing, Debtors to (A) Pay Certain Prepetition Compensation and Reimbursable Employee Benefits, (B) Pay and Honor Employee Medical and Other Benefits and (C) Continue Employee Wages and Benefits Programs filed September 2, 2009 [Docket No. 12]

    Status: This matter will be going forward.

11. Motion of the Debtors for an Order Authorizing Maintenance of Existing Bank Accounts, Continued Use of Existing Business Forms, Continued Use of Existing Cash Management System and Granting Other Relief filed September 2, 2009 [Docket No. 13]

    Status: This matter will be going forward.

12. Motion of Debtors for Entry of Interim and Final Orders: (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtors' Limited Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to Prepetition Secured Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364 and (IV) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 filed September 2, 2009 [Docket No. 14]

    Status: This matter will be going forward.

47705/0001-5963033v1

13. Motion of Debtors for Orders: (A)(I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale of Assets; (III) Approving the Form and Manner of Notice Thereof; and (IV) Approving Expense Reimbursement; (B)(I) Approving the Asset Purchase Agreement (II) Authorizing and Approving the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (III) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief filed September 2, 2009 [Docket No. 15]

    Status: The Debtors will request hearing dates from Judge Walsh's Chambers regarding this motion.

Dated: September 2, 2009

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

_____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and-

**PROSKAUER ROSE LLP**
Jeff J. Marwil (*pro hac vice* pending)
Peter J. Young (*pro hac vice* pending)
Grayson T. Walter (*pro hac vice* pending)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

Proposed Co-Counsel for Debtors and Debtors in Possession

4

47705/0001-5963033v1