**EXHIBIT A**

# ADS LOGISTICS, LLC
# DIP BUDGET

## DIP - Bankruptcy

| | \multicolumn{5}{c|}{September 2009 week ending:} | | \multicolumn{5}{c|}{October 2009 week ending:} | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/04/09 4th (F-1.5) | 09/11/09 11th (F-4.0) | 09/18/09 18th (F-5.0) | 09/25/09 25th (F-5.0) | 09/30/09 30th (W-3.0) | Sept (W-20.5) | 10/02/09 2nd (F-2.0) | 10/09/09 9th (F-5.0) | 10/16/09 16th (F-5.0) | 10/23/09 23rd (F-5.0) | 10/30/09 30th (F-5.0) | Oct (F-22.0) |
| **Cash Flow** | | | | | | | | | | | | |
| BEGINNING BALANCE - BOOK CASH | $844 | ($505) | ($1,152) | ($1,644) | ($1,767) | $844 | ($1,876) | ($3,141) | ($2,881) | ($3,071) | ($3,216) | ($1,876) |
| A/R Collections | 436 | 1,018 | 1,273 | 1,273 | 764 | 4,763 | 594 | 1,484 | 1,484 | 1,484 | 1,484 | 6,530 |
| **Disbursements:** | | | | | | | | | | | | |
| A/P | (144) | (231) | (289) | (289) | (173) | (1,125) | (43) | (108) | (108) | (108) | (108) | (474) |
| Payroll, Taxes and Benefits | (340) | (83) | (364) | (104) | (240) | (1,131) | (295) | (88) | (348) | (88) | (348) | (1,167) |
| Driver Settlements | (380) | (576) | (657) | (657) | (394) | (2,663) | (259) | (646) | (646) | (646) | (646) | (2,845) |
| Insurance | (46) | | | | | (46) | (591) | | | | | (591) |
| Linehaul/Cartage/Drayage | (98) | (89) | (111) | (111) | | (409) | (99) | (80) | (80) | (80) | (80) | (417) |
| Fuel | (63) | (83) | (104) | (104) | | (356) | (99) | (92) | (92) | (92) | (92) | (467) |
| Contract Labor | (10) | (5) | (15) | (10) | | (40) | (5) | (5) | (5) | (5) | (5) | (25) |
| IT SLA | (52) | | | | | (52) | (52) | | | | | (52) |
| Equipment Rental | | (90) | (20) | (15) | | (125) | | (90) | (15) | (15) | (15) | (135) |
| Rent | (262) | | (100) | | | (362) | (411) | | | | | (411) |
| Real Estate Taxes | | | | (2) | | (40) | | | | (215) | | (215) |
| Other Payments | (25) | (37) | (25) | (48) | | (123) | | | | | | |
| Trucking Payments (Permits, FHUT, Plates, Flax) | | (25) | (45) | | | (46) | | | | | (126) | (126) |
| Canadian Tax | (20) | | | (20) | | (40) | | | | | | |
| Ohio Work Comp | (30) | | | | | (30) | | | | | | |
| Professionals | | | | | | | | | | | | |
| Debtor counsel | | | | | | | | | (250) | | | (250) |
| Investment banker | | | | | | | | | | | | |
| Debtor local counsel | | | | | | | | | (75) | | | (75) |
| Temporary staff | | (35) | (35) | (35) | (35) | (140) | | (35) | (35) | (30) | (30) | (130) |
| Directors | | | | | (20) | (20) | | | | | (20) | (20) |
| Claims agent | | | | | | | | | (15) | | | (15) |
| Bank counsel | | | | | | | | | | (150) | | (150) |
| Bank local counsel | | | | | | | | | | (50) | | (50) |
| Title agency | | | | | | | | | | | | |
| US Trustee | | | | | | | | | | (100) | | (100) |
| Committee counsel | | | | | | | | | | (50) | | (50) |
| Committee financial advisor | | | | | | | | | | | | |
| Critical Vendors | (250) | (200) | | | | (450) | | | | | | |
| DIP Interest | | | | | (10) | (10) | | | | | (25) | (25) |
| Surety Bonds | | (205) | | | | (205) | | (75) | | | | (75) |
| Utility Deposits | (60) | | | | | (60) | | | | | | |
| Executory contract cures | | | | | | | | | | | | |
| Cash Capital Expenditures | (5) | (5) | | | | (10) | (5) | (5) | (5) | | | (15) |
| TOTAL DISBURSEMENTS | (1,785) | (1,664) | (1,765) | (1,395) | (873) | (7,483) | (1,859) | (1,224) | (1,673) | (1,629) | (1,495) | (7,881) |
| ENDING BALANCE - BOOK CASH | (505) | (1,152) | (1,644) | (1,767) | (1,876) | (1,876) | (3,141) | (2,881) | (3,071) | (3,216) | (3,226) | (3,226) |
| Pre-filing revolver balance | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 |
| ENDING DIP BALANCE | 1,195 | 1,842 | 2,334 | 2,457 | 2,566 | 2,566 | 3,831 | 3,571 | 3,761 | 3,906 | 3,916 | 3,916 |

# ADS LOGISTICS, LLC
## DIP BUDGET

| | | November 2009 week ending: | | | | | December 2009 week ending: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/06/09 6th (F-5.0) | 11/13/09 13th (F-5.0) | 11/20/09 20th (F-5.0) | 11/27/09 27th (F-2.5) | 11/30/09 30th (M-1.0) | Nov (M-18.5) | 12/04/09 4th (F-4.0) | 12/11/09 11th (F-5.0) | 12/18/09 18th (F-5.0) | 12/25/09 25th (F-3.0) | 12/31/09 31st (TH-2.0) | Dec (TH-19.0) |
| **Cash Flow** | | | | | | | | | | | | |
| BEGINNING BALANCE - BOOK CASH | ($3,226) | ($3,154) | ($2,947) | ($3,250) | ($3,243) | ($3,226) | ($3,156) | ($2,905) | ($2,827) | ($2,914) | ($3,133) | ($3,156) |
| A/R Collections | 1,655 | 1,655 | 1,655 | 828 | 331 | 6,124 | 1,293 | 1,616 | 1,616 | 970 | 647 | 6,142 |
| Disbursements: | | | | | | | | | | | | |
| A/P | (143) | (143) | (143) | (71) | (29) | (528) | (60) | (74) | (74) | (45) | (30) | (283) |
| Payroll, Taxes and Benefits | (92) | (339) | (92) | (293) | (18) | (836) | (72) | (362) | (91) | (326) | (36) | (887) |
| Driver Settlements | (558) | (558) | (558) | (279) | (112) | (2,064) | (425) | (531) | (531) | (318) | (212) | (2,017) |
| Insurance | (220) | | | | | (220) | (182) | | | | | (182) |
| Linehaul/Cartage/Drayage | (78) | (78) | (78) | (39) | | (271) | (77) | (77) | (77) | (46) | | (278) |
| Fuel | (90) | (90) | (90) | (45) | | (315) | (92) | (92) | (92) | (55) | | (331) |
| Contract Labor | (10) | (10) | (10) | (10) | | (40) | (11) | (11) | (11) | (6) | | (39) |
| IT SLA | (44) | | | | | (44) | (44) | | | | | (44) |
| Equipment Rental | (85) | (10) | (10) | (5) | (10) | (120) | (65) | (5) | (60) | (15) | | (145) |
| Rent | (186) | (186) | | | | (371) | | (371) | | | | (371) |
| Real Estate Taxes | | | (96) | | | (96) | | | (279) | | | (279) |
| Other Payments | (23) | | | (23) | | (46) | | | | (23) | | (23) |
| Trucking Payments (Permits, FHUT,Plates,Flax) | | | (37) | | | (37) | | | (38) | (325) | | (363) |
| Canadian Tax | (20) | | | (20) | | (40) | | | | (20) | | (20) |
| Ohio Work Comp | | | | | | | | | | | | |
| Professionals | | | | | | | | | | | | |
| Debtor counsel | | | (250) | | (250) | | | (225) | | (75) | (300) |
| Investment banker | | | | | | | | | | | | |
| Debtor local counsel | | | (75) | | | (75) | | | (50) | | | (50) |
| Temporary staff | (30) | (30) | (30) | (30) | | (120) | (10) | (10) | (10) | (10) | | (40) |
| Directors | | | | | | | | | | | | |
| Claims agent | | | (15) | | | (15) | | | (10) | | (10) | (20) |
| US Trustee | | | (150) | | | (150) | | | (75) | | (25) | (100) |
| Bank counsel | | | (25) | | | (25) | | | | | | |
| Bank local counsel | | | | | (30) | (30) | | | | | | |
| Title agency | | | | | (20) | (20) | | | | | (20) | (20) |
| Committee counsel | | | (75) | | | (75) | | | (50) | | (25) | (75) |
| Committee financial advisor | | | (25) | | | (25) | | | (25) | | | (25) |
| Critical Vendors | | | | | | | | | | | | |
| DIP Interest | | | | | (26) | (26) | | | | | (25) | (25) |
| Surety Bonds | | | | | | | | | | | | |
| Utility Deposits | | | | | | | | | | | | |
| Executory contract cures | | | (200) | | | (200) | | | | | | |
| Cash Capital Expenditures | (5) | (5) | | (5) | | (15) | (5) | (5) | (5) | | | (15) |
| TOTAL DISBURSEMENTS | (1,583) | (1,448) | (1,958) | (821) | (244) | (6,054) | (1,042) | (1,538) | (1,703) | (1,189) | (458) | (5,930) |
| ENDING BALANCE - BOOK CASH | (3,154) | (2,947) | (3,250) | (3,243) | (3,156) | (3,156) | (2,905) | (2,827) | (2,914) | (3,133) | (2,944) | (2,944) |
| Pre-filing revolver balance | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 | 690 |
| ENDING DIP BALANCE | 3,844 | 3,637 | 3,940 | 3,933 | 3,846 | 3,846 | 3,595 | 3,517 | 3,604 | 3,823 | 3,634 | 3,634 |