# SIGN - IN - SHEET

**CASE NAME:** Alternative Distribution Systems
**CASE NO:** 09-13099 (PJW)
**COURTROOM LOCATION:** 6
**DATE:** 9/3/09 @ 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Reilley | Cole Schotz | Debtors |
| Jeff Morrell | Proskauer Rose | " |
| Peter Young | " | " |
| Grayson Walton | " | " |
| Mark Collins | Richards Layton | GECC |
| Larry Nyhan | Sidley Austin | GECC |
| William Evanoff | " | " |
| Richard L. Schepacarter | USDOJ - OUST | OUST |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.