## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Alternative Distribution Systems, Inc., *et al.*[1] | ) Case No. 09-13099 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Related Docket Nos. 3, 5, 7, 8, 9, 10, 11, 12, 13,** |
| | ) **32, 33, 34, 36, 37, 38, 39, 40 and 41** |

## NOTICE OF FIRST DAY MOTIONS FILED AND ORDERS ENTERED

To:     (i) Office of the United States Trustee; (ii) counsel to the Debtors' prepetition and secured lender; (iii) those creditors listed on the Debtors' Consolidated List of Creditors Holding the 30 Largest Unsecured Claims; (iv) the United States Securities and Exchange Commission; (v) the United States Attorney's Office for the District of Delaware; and (vi) the Internal Revenue Service.

**PLEASE TAKE NOTICE** that on September 2, 2008, the above-captioned debtors and debtors-in-possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Debtors presented motions (collectively, the "First Day Motions") at a hearing before the Honorable Christopher S. Sontchi, United States Bankruptcy Court for the District of Delaware on September 3, 2009. The Bankruptcy Court entered relief on the following First Day Motions:

> a.     Motion of the Debtors for an Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) [Docket No. 3];

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc. (2412); May Logistics Services, Inc. (4970); and ADS Logistics, LLC (0782).

1

b.  Application of the Debtors for an Order Authorizing the Employment and Retention of BMC Group, Inc., as Official Claims, Noticing and Solicitation Agent [Docket No. 5];

c.  Motion of the Debtors for an Order (A) Authorizing, but Not Directing, Debtors to Pay Prepetition Taxes and Fees and (B) Directing Financial Institutions to Honor and Process Checks Related to Prepetition Taxes and Regulatory Fees [Docket No. 7];

d.  Motion for Entry of an Order Authorizing, But Not Directing, Debtors to Maintain and Administer Customer Programs and Honor Certain Prepetition Obligations Related Thereto [Docket No. 8];

e.  Motion of the Debtors for an Order Authorizing, But Not Directing, the Debtors to Enter Into Trade Agreements with Critical Vendors and to Pay Prepetition Obligations in Connection Therewith [Docket No. 9];

f.  Motion of Debtors for Entry of an Order Authorizing Assumption of Broker/Carrier Agreements [Docket No. 10];

g.  Debtors' Motion for an Order Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code for (I) Authority to Honor Prepetition Insurance Premium Financing Agreements and Renew Such Agreements in the Ordinary Course of Business and (II) Authorization of Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 11];

h.  Motion for Entry of an Order Authorizing, but Not Directing, Debtors to (A) Pay Certain Prepetition Compensation and Reimbursable Employee Benefits, (B) Pay and Honor Employee Medical and Other Benefits and (C) Continue Employee Wages and Benefits Programs [Docket No. 12];

i.  Motion of the Debtors for an Order Authorizing Maintenance of Existing Bank Accounts, Continued Use of Existing Business Forms, Continued Use of Existing Cash Management System and Granting Other Relief [Docket No. 13].

2

Dated: September 4, 2009

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

_____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and

**PROSKAUER ROSE LLP**
Jeff J. Marwil (*pro hac vice* pending)
Peter J. Young (*pro hac vice* pending)
Grayson T. Walter (*pro hac vice* pending)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

Proposed Co-Counsel for Debtors and Debtors in Possession

1