IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| Alternative Distribution Systems, Inc., *et al.*[1] | ) | Case No. 09-13099 (PJW) |
| Debtors. | ) | Jointly Administered |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 15, 2009, the debtors in the above-captioned cases (collectively, the "Debtors") entered into an Asset Purchase Agreement by and between General Electric Capital Corporation, Global Leveraged Capital Credit Opportunity Fund I, and Regiment Capital Special Situations Fund III, L.P., or their assignee (the "Buyer") and the Debtors, dated as of September 15, 2009 (the "Stalking Horse APA"). On September 2, 2009, the Debtors filed a motion (the "Motion")[2] [Docket No. 15] for entry of orders, among other things: (i) approving Bidding Procedures (the "Bidding Procedures") in connection with the sale (the "Sale") of substantially all of the Debtors' assets (the "Purchased Assets") either to the Buyer pursuant to the Stalking Horse APA, or with respect to a higher or otherwise better bid (a "Alternate Transaction") with an alternate buyer (an "Alternate Buyer"); (ii) scheduling a hearing (the "Sale Hearing") to consider the sale of the Purchased Assets and setting objection and bidding deadlines with respect to the Sale; (iii) approving the form and manner of notice of the Auction for the Purchased Assets and the Sale Hearing; (iv) establishing deadlines by which parties may object to the proposed assumption, assignment and/or transfer of contracts and leases and assert claims for any cure amount; (v) approving an expense reimbursement with respect to the sale of the Purchased Assets to the Buyer pursuant to the terms of the Stalking Horse APA; and (vi) granting related relief. The Motion additionally requests entry of an order or orders: (i) authorizing the sale of the Purchased Assets free and clear of liens, claims, encumbrances, and interests, pursuant to the Stalking Horse APA or such other Alternate Transaction; (ii) approving the assumption, assignment and/or transfer of the designated Executory Contracts and Unexpired Leases; and (iii) granting related relief.

2. The Debtors are seeking to sell the Purchased Assets to the Buyer or such other Successful Bidder. Approval of the sale of assets to either the Buyer or such other Successful Bidder may result in, among other things, the assumption, assignment and/or transfer by the Debtors of certain executory contracts and leases. If you are a party to an executory contract or

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc. (2412); May Logistics Services, Inc. (4970); and ADS Logistics, LLC (0782).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

lease with the Debtors, you will receive a separate notice that contains relevant dates and other information that may impact you as a party to an executory contract or lease.

3. On September 16, 2009, the United States Bankruptcy Court for the District of Delaware entered the Bidding Procedures Order. Pursuant to the Bidding Procedures Order, if the Debtors receive any Qualified Bids (as defined in the Bidding Procedures), the auction for the Purchased Assets shall take place on **October 9, 2009, at 10:00 a.m. (prevailing Eastern Time)** at the offices of Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801. Only parties that have submitted a Qualified Bid in accordance with the Bidding Procedures, attached to the Bidding Procedures Order as Schedule 1, by no later than **October 8, 2009 at 12:00 noon (prevailing Eastern Time)** (the "Bid Deadline") may participate at the respective auction. Any party that wishes to take part in this process and submit a bid for the Purchased Assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

4. The Sale Hearing to consider approval of the Sale of the Purchased Assets to the Buyer or such other Successful Bidder free and clear of all liens, claims, and encumbrances will be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801 on **October 14, 2009 at 2:00 p.m. (prevailing Eastern Time)**, or at such other time thereafter as counsel may be heard. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

5. Objections, if any, to the Sale, or the relief requested in the Motion (other than with respect to cure amounts and adequate assurance which are subject to a separate notice) must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before **4:00 p.m. (prevailing Eastern Time) on October 9, 2009**, or such later date and time as the Debtors may agree; and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: Norman L. Pernick, Esq.), co-counsel to the Debtors; (ii) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, Illinois 60602 (Attn: Jeff J. Marwil, Esq. and Grayson T. Walter, Esq.), co-counsel to the Debtors; (iii) Alternative Distribution Systems, Inc., 116 East 1100 North, Chesterton, Indiana 46304 (Attn: Timothy M. May); (iv) Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603 (Attn: Larry Nyhan, Esq.), counsel to the administrative agent for the First Lien Lenders; (v) Richards Layton & Finger, 920 North King Street, Wilmington, Delaware, 19801 (Attn: Mark Collins, Esq.), co-counsel to the agent for the Debtors' postpetition lenders; (vi) counsel to any statutory committee that may be appointed in these cases; and (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn: Richard Schepacarter). UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.

6. This Notice and the Sale Hearing is subject to the fuller terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Purchased Assets or to obtain a copy of any related document (including the Stalking Horse APA), subject to any necessary confidentiality agreement, may make a written request to: (i) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, Illinois 60602 (Attn: Jeff J. Marwil, Esq. and Grayson T. Walter, Esq.), co-counsel to the Debtors. In addition, copies of the Motion, the Bidding Procedures Order and this Notice can be found on (a) the Court's website, www.deb.uscourts.gov; and (b) the case management website maintained by The BMC Group, Inc., noticing and claims agent for the Debtors, and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated: Wilmington, Delaware
September 18, 2009

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and-

**PROSKAUER ROSE LLP**

Jeff J. Marwil (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Grayson T. Walter (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

*Proposed Co-Counsel for Debtors and Debtors in Possession*