# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re **Alternative Distribution Systems, Inc.** _____ ,

Debtor

Case No. **09-13099** _____

Chapter **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 6 | $0.00 | | |
| C - Property Claimed As Exempt | Yes | 1 | | | N/A |
| D - Creditors Holding Secured Claims | Yes | 2 | | $0.00 UNKNOWN | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 3 | | | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $0.00 UNKNOWN | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total Number of Sheets In ALL Schedules | | 18 | | | |
| Total Assets | | | $0.00 | | |
| Total Liabilities | | | | $0.00 UNKNOWN | |

AMOUNTS SCHEDULED

## GLOBAL NOTES, STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements") filed concurrently herewith by Alternative Distribution Systems, Inc. and certain of its affiliate debtors and debtors- in-possession (collectively, the "Debtors" or the "Company")[1] in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared by the Debtors management pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure and are unaudited. The Schedules and Statements remain subject to further review and verification by the Debtors. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statements. The Debtors have used their best efforts to compile the information set forth in the Schedules and Statements from their books and records maintained in the ordinary course of their business. While the Debtors have made every effort to ensure that the Schedules and Statements are as accurate and complete as possible based upon information available at the time of preparation, inadvertent errors or omissions may exist and subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements which may warrant amendment of the same. The Debtors reserve the right to amend the Schedules and Statements from time to time as necessary or appropriate. These Global Notes, Statement of Limitations, Methodology and Disclaimer Regarding Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

1.      **Description of the Cases and "as of" Information Date:**  On September 2, 2009 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under the Bankruptcy Court under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 3, 2009, the Bankruptcy Court entered an order jointly administering these cases pursuant to Bankruptcy Rule 1015(b). Unless otherwise indicated all amounts listed in the Schedules and Statements are as of the Petition Date.

2.      **Basis of Presentation:**  For financial reporting purposes, the Debtors generally prepare consolidated financial statements, which include financial information for all Debtors and which in the past have been audited or compiled annually. Unlike the consolidated financial information used for the Company's financial reporting purposes, the Schedules and Statements reflect the assets and liabilities of each Debtor based on their unaudited accounting records. Each Debtor generally maintains its accounting records in accordance with the Generally Accepted Accounting Principles ("GAAP") used in the United States. However, these Schedules

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc. (2412); May Logistics Services, Inc. (4970); and ADS Logistics, LLC (0782).

and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to any financial statements prepared by the Company.

3.  **Summary of Significant Reporting Policies:**  Each Debtor maintains its own balance sheets and accounting records reflecting intercompany accounts receivable and payable arising from intercompany transactions.  Accordingly, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a)  **Debtors:**  Separate Schedules and Statements have been filed for each of the Debtors. Intercompany balances and interests between the Debtors are reflected as of the close of business on the Petition Date.  Each Debtor's Schedules and Statements were prepared using the assets and liabilities of that Debtor pursuant to the Debtor's accounting records.

(b)  **Reporting Date:**  The Debtors' Schedules and Statements are prepared as of the close of business on the Petition Date except as otherwise stated in these Global Notes or in the Schedules and Statements.  In some instances, the Debtors have used estimates or other assumptions where actual data as of the Petition Date was not available.  Actual results could differ from those estimates.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based upon the information from research that was conducted in connection with the preparation of these Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of assets and liabilities between prepetition and post-petition periods may change.  The Debtors reserve the right to amend the Schedules and Statements to reflect any new information and to change the attribution of liability from a particular Debtor to another to the extent additional information becomes available.

(c)  **Book Value:**  Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting records as of the Petition Date.  Unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as listed in the Debtors' books and are not based upon any estimate of their current market values, which may not correspond to book values.  All intercompany balances are shown at the book values set forth in the books and records of the Debtors.  Accounts receivable are shown net of any bad debt allowances which the Debtors carry on their books.  Additionally, some of the Debtors' scheduled assets and liabilities are unknown and unliquidated at this time.  In such cases the amounts are listed as "Unknown." Accordingly, the Schedules and Statements do not accurately reflect the aggregate amount of the Debtors' assets and liabilities.

(d)  **Property and Equipment – Owned:**  Unless otherwise noted, owned property and equipment are stated at net book value.

(e)  **Property and Equipment – Leased:**  In the ordinary course of business, the Debtors lease equipment from certain third-party lessors for use in the daily operation of their business. Certain leases may be reflected in the Schedules and Statements as owned property in accordance with GAAP.  Nothing in the Schedules and Statements is, or shall be construed as, an admission or determination as to the legal status of any lease (including whether any lease is a

true lease or a financing arrangement) and the Debtors reserve all rights with respect to any of such issues.

(f)    **Payments to Creditors:** The Debtors have scheduled payments to creditors made within the ninety days prior to the commencement of the chapter 11 cases on the appropriate Statement of Financial Affairs 3B of the Debtor that holds the bank account from which the payment was made. The Debtors have not scheduled payments made during the ninety days prior to the Petition Date to employees or independent contractors that were not officers or directors of the Debtors to the extent that such payments were ordinary course payments of wages or other compensation to employees.

(g)    **Causes of Action:** The Debtors have not set forth causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any causes of action they may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

(h)    **Bank Debt:** All co-Debtor and guarantor relationships related to obligations under the Debtors' prepetition credit facilities are reflected on Schedule H for each Debtor.

(i)    **Schedule D:** Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction, or any document or instrument related to such creditor's claim. In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to scheduled claims of other Debtors. No claim set forth on Schedule D for any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable credit agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Additionally, the Debtors have listed only the trustee or administrative agent, rather than individual or beneficial holders, of any bank facility or debt instrument described in the Schedules and Statements. The Debtors have not included on Schedule D certain parties that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtors or inchoate statutory lien rights. Such counterparties have been listed in Schedule F.

(j)    **Schedule E:** The Bankruptcy Court entered certain first day orders granting authority to the Debtors to pay, among other things, certain prepetition taxes as well as employee wages, salaries, benefits and other obligations. Pursuant to such orders, the Debtors believe that any priority tax or employee claims for prepetition amounts either have been satisfied or are in the process of being satisfied. Accordingly, such claims for amounts owing as of the Petition Date that have been paid or that are intended to be paid have not been included in the Schedules and

Statements. Additionally, from time to time, in the ordinary course of their business, the Debtors' may receive prepayments or deposits from customers who are individuals. To the extent that the Debtors received any such prepayments or deposits for services which were not completed prior to the Petition Date, the Debtors have not included such claims in Schedule E as deposits entitled to priority under section 507(a)(7) of the Bankruptcy Code as the Debtors are continuing to operate their business and intend to perform all agreed upon services in the ordinary course.

(k)     **Schedule F:** The Debtors have attempted, to the best of their ability, to allocate their accounts payable as of the Petition Date, and to schedule such payables with the Debtor that received the benefit of the goods or services. All balances listed on Schedule F are shown net of any payments made as of the date of the filing of these Schedules and Statements.

(l)     **Schedule G:** The Debtors have many customers and some of these customers may operate under contracts which are not listed on Schedule G. While every effort has been made to ensure the accuracy of the executory contracts and unexpired leases listed on Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, letters and other documents, instruments and agreements which may not be listed on Schedule G. Certain real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized and may be subject to dispute. Executory agreements which are oral in nature have been scheduled to the best of the Debtors' ability. Additionally, the Debtors may be parties to various other agreements concerning real property, such as easements, rights of way, subordination, supplemental agreements, amendments/letter agreements, title documents, consents and other miscellaneous agreements which are not set forth in Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is valid or that it is an executory contract or unexpired lease. The Debtors reserve all rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G.

4.     **Claims:** Pursuant to certain first-day and other orders issued by the Bankruptcy Court (collectively, the "Second First Day Orders"), the Bankruptcy Court has authorized the Debtors to pay certain outstanding prepetition claims, including without limitation, certain employee wages and benefit claims, claims of certain broker-carriers, claims for taxes and fees and certain trade vendor claims. Accordingly, such claims that have been or will be paid pursuant to such First Day Orders may not be reflected in these Schedules and Statements. Conversely, certain claims which appear on the Schedules and Statements may have been paid pursuant to a First Day Order and the Debtors may pay some of the claims listed on the Schedules in the ordinary course of business during these cases pursuant to such First Day Orders or other Bankruptcy Court orders.

To the extent claims listed on the Schedules and Statements are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements as is necessary and appropriate. Moreover, certain of the First Day Orders may preserve the rights of parties in interest to dispute any amounts paid pursuant to First Day Orders. Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to First Day Orders.

5.      **Disputed, Contingent and/or Unliquidated Claims:**  Schedules D, E and F permit each of the Debtors to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtors reserve their right to dispute and to assert offsets or defenses to any claim reflected on these Schedules and Statements as to nature, amount, liability or status.

6.      **Insurance:**  The Debtors maintain general liability insurance policies, and various other insurance policies, on behalf of all the Debtors. The terms of these policies are characteristic of insurance policies typically maintained by corporate entities that are similar in size and nature to the Debtors. Each Debtor's insurance policies generally are structured to provide coverage for its affiliates, including the other Debtors. The Debtors maintain various policies of insurance, including, but not limited to, property, casualty, motor vehicle and general liability policies.

7.      **Real Property:**  Real Property owned by any of the Debtors is listed in the Schedule A for that individual Debtor. Real property is scheduled at the value that the Debtors carried on their books as of the Petition Date.

8.      **Personal Property:**  Personal Property owned by any of the Debtors is listed in the Schedule B for that individual Debtor. Personal property is scheduled at the value that the Debtors carried on their books as of the Petition Date.

9.      **Confidentiality:**  There may be instances within the Schedules and Statements where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtors and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

10.     **Equity Interests:**  All equity interests in the Debtors which are identified in the Schedules and Statements are set forth with respect to the fully diluted percentage ownership of the respective Debtor. Any unexercised options, warrants or other rights with respect to equity interests in any of the Debtors are not identified in the Schedules and Statements.

11.     **Insiders:**  Section  101(31) of the Bankruptcy Code defines "insiders" of a corporation as (a) directors, (b) officers, (c) persons in control of the Debtors, (d) a partnership in which a Debtor is a general partner, (e) general partners of the Debtors, (f) relatives of those entities set forth in (a)-(e) above and (g) the Debtors' affiliates. Payments to insiders listed in (a) through (g) above (with the exception of intercompany transfers which appear on Statement 3b) are set

forth on Statement 3c. This list is for informational purposes only. The Debtors take no position at this time as to actual insider status of any of the listed individuals or entities.

12. **Setoffs:** The Debtors routinely incur setoffs in the ordinary course of business. These setoffs are consistent with the ordinary course of business in the Debtors' industry. The Debtors setoffs are included in the Debtors' response in Statement 13.

13. **Inventories:** Inventories are set forth at book value. Additionally, all values of inventories, plant and equipment are presented without consideration of any statutory or consensual liens.

14. **Statement as to Accuracy and Completeness of Information:** The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided in the Schedules and Statement and shall not be held liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, wither negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their agents, attorneys, and financial advisors be liable to any third party for any direct, indirect incidental, consequential or special damages (including but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys and financial advisors are advised of the possibility of such damages.

15. **Global Notes Control:** In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.


* * * END OF GLOBAL NOTES * * *
* * * SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE * * *

In re **Alternative Distribution Systems, Inc.**
_____
Debtor

Case No. _____ **09-13099**
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an 'H', 'W', 'J', or 'C' in the column labeled 'Husband, Wife, Joint or Community.' If the debtor holds no interest in real property, write 'None' under 'Description and Location of Property.'

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write 'None' in the column labeled 'Amount of Secured Claim.'

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  | N/A |

Sheet no. 1 of 1 sheets attached to Schedule of Real Property

(Use only on the last page of the completed Schedule A)

(Report total also on Summary of Schedules)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None".  If additional space is needed in any category attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 CASH ON HAND. | ✔ | | | |
| | | | | |
| 02 CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | ✔ | | | |
| | | | | |
| 03 SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | ✔ | | | |
| | | | | |
| 04 HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | ✔ | | | |
| | | | | |

In re **Alternative Distribution Systems, Inc.** _____  Case No. ____**09-13099**____
                    Debtor                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 05  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | ☑ | | | |
| | | | | |
| 06  WEARING APPAREL. | ☑ | | | |
| | | | | |
| 07  FURS AND JEWELRY. | ☑ | | | |
| | | | | |
| 08  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | ☑ | | | |
| | | | | |
| 09  INTERESTS IN INSURANCE POLICIES.  NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | ☑ | | | |
| | | | | |
| 10  ANNUITIES.  ITEMIZE AND NAME EACH INSURER. | ☑ | | | |
| | | | | |
| 11  INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(B)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(B)(1). GIVE PARTICULARS. (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(C).) | ☑ | | | |
| | | | | |

Sheet no. 2 of  6  sheets attached to Schedule of
           Personal  Property

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12 INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS. ITEMIZE. | ☑ | | | |
| | | | | |
| 13 STOCK AND INTERESTS IN INCORPORATED BUSINESSES. ITEMIZE. | ☐ | 50% INTEREST IN INDIANA STEVEDORING | | |
| | | | | |
| 14 INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | ☐ | 99.9% MEMBER IN ADS LOGISTICS, LLC. | | |
| | | | | |
| 15 GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | ☑ | | | |
| | | | | |
| 16 ACCOUNTS RECEIVABLE. | ☑ | | | |
| | | | | |
| 17 ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED.  GIVE PARTICULARS. | ☑ | | | |
| | | | | |
| 18 OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDE TAX REFUNDS.  GIVE PARTICULARS. | ☑ | | | |
| | | | | |

In re **Alternative Distribution Systems, Inc.**  Case No. **09-13099**
_____  _____
Debtor  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19 EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | ☑ | | | |
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | ☑ | | | |
| 21 OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS. GIVE ESTIMATED VALUE OF EACH. | ☑ | | | |
| 22 PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY. GIVE PARTICULARS. | ☐ | CANADIAN INTELLECTUAL PROPERTY OFFICE - TRAILER FOR HAULING METAL COILS. REGISTRATION NUMBER 2134147 REGISTRATION DATE 7/6/1999 NEXT RENEWAL 10/24/2014. MEXICAN INSTITUTE OF INDUSTRIAL PROPERTY - TRAILER FOR HAULING METAL COILS. REGISTRATION NUMBER 187686 REGISTRATION DATE 1/6/1998 NEXT RENEWAL DUE 1/8/2018 UNITED STATES PATENT AND TRADEMARK OFFICE REGISTRATION NUMBER 5401129 REGISTRATION DATE 3/28/1995 NEXT RENEWAL DATE 2/28/2012 | | |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23 LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES. GIVE PARTICULARS. | ☑ | | | |
| | | | | |
| 24 CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION (AS DEFINED IN 11 U.S.C. § 101(41A)) PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | ☑ | | | |
| | | | | |
| 25 AUTOMOBILES, TRUCKS, TRAILERS, AND OTHER VEHICLES AND ACCESSORIES. | ☑ | | | |
| | | | | |
| 26 BOATS, MOTORS, AND ACCESSORIES. | ☑ | | | |
| | | | | |
| 27 AIRCRAFT AND ACCESSORIES. | ☑ | | | |
| | | | | |
| 28 OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | ☑ | | | |
| | | | | |
| 29 MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | ☑ | | | |
| | | | | |

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30  INVENTORY. | ☑ | | | |
| | | | | |
| 31  ANIMALS. | ☑ | | | |
| | | | | |
| 32  CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | ☑ | | | |
| | | | | |
| 33  FARMING EQUIPMENT AND IMPLEMENTS. | ☑ | | | |
| | | | | |
| 34  FARM SUPPLIES, CHEMICALS, AND FEED. | ☑ | | | |
| | | | | |
| 35  OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED.  ITEMIZE. | ☑ | | | |
| | | | | |

Sheet no. 6 of  6  sheets attached to Schedule of
Personal  Property

(Use only on the last page of the completed Schedule B)

| $0.00 |
|---|

(Report total also on Summary of Schedules)

In re <u>**Alternative Distribution Systems, Inc.**</u>                    Case No. <u>**09-13099**</u>
             Debtor                                                      (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. 522(b)(2)

☐ 11 U.S.C. 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable | Not Applicable | | |

Sheet no. 1 of 1

In re  **Alternative Distribution Systems, Inc.**  Case No. _____**09-13099**_____
_____
Debtor                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED  CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband,

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME  AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Vendor No:              s1232 <br> GE CORPORATE FINANCIAL SERVICES <br> 500 WEST MONROE ST <br> CHICAGO, IL  60661 | X | GUARANTEE <br> ALL ASSETS & PROCEEDS <br><br> Value:                     Unknown | X | X |  | UNKNOWN |  |
| Vendor No:              s1234 <br> GLOBAL LEVERAGED CAPITAL <br> CREDIT OPPORTUNITY FUND I <br> 50 CALIFORNIA STREET <br> SUITE 3260 <br> SAN FRANCISCO, CA  94111 | X | GUARANTEE <br> ALL ASSETS & PROCEEDS <br><br> Value:                     Unknown | X | X |  | UNKNOWN |  |
| Vendor No:              s1235 <br> MERIT CAPITAL PARTNERS <br> 303 W MADISON STREET <br> SUITE 2100 <br> CHICAGO, IL  60606 | X | GUARANTEE <br> ALL ASSETS & PROCEEDS <br><br> Value:                     Unknown | X | X |  | UNKNOWN |  |

Sheet no. 1 of 2  sheets attached to Schedule of
Creditors Holding Secured Claims

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Vendor No:          s1233 | | | | | | | | |
| REGIMENT CAPITAL SPECIAL SITUATIONS FUND III, L.P. 222 BERKELEY STREET 13TH FLOOR BOSTON, MA  02116 | X | | GUARANTEE ALL ASSETS & PROCEEDS | X | X | | UNKNOWN | |
| | | | Value:                    Unknown | | | | | |
| Vendor No:          s1274 | | | | | | | | |
| WILLIAM BLAIR MEZZANINE CAPITAL FUND II, L P , AS COLLATERAL AGENT 303 W MONROE STREET, SUITE 2100 CHICAGO, IL  60606 | X | | GUARANTEE ALL ASSESTS & PROCEEDS | | X | | UNKNOWN | UNKNOWN |
| | | | Value:                    Unknown | | | | | |

Sheet no. 2 of 2  sheets attached to Schedule of
Creditors Holding Secured Claims

| | |
|---|---|
| Total Unsecured | UNKNOWN |
| Total Secured | $0.00 |
| (Use only on the last page of the completed Schedule D) | PLUS UNKNOWN |

(Report total also on Summary of Schedules)

In re __**Alternative Distribution Systems, Inc.**_____     Case No. _____**09-13099**_____
_____Debtor_____                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditor, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J" or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)**

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order of relief.   11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days  immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re <u>**Alternative Distribution Systems, Inc.**</u>                    Case No. <u>**09-13099**</u>

               Debtor                                                                                  (If known)

☐  **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to a maximum of $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐  **Taxes and Other Certain Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C § 507(a)(9)

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

<u>  1  </u>   continuation sheets attached

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re **Alternative Distribution Systems, Inc.**

Debtor

Case No. **09-13099**

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of
Creditors Holding Unsecured Priority Claims

Total

In re __Alternative Distribution Systems, Inc._____ Case No. _____09-13099_____
_____Debtor_____ (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", including the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent".  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated".  If the claim is disputed, place an "X" in the column labeled "Disputed".  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions Above) | | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Vendor No. | s729 | | | | | | | |
| HOLT ROAD, LLC C/O HSA COMMERCIAL REAL ESTATE 233 SOUTH WACKER DRIVE STE 350 CHICAGO, IL  60606 | | X | | GUARANTEE | X | X | | UNKNOWN |
| Vendor No. | s727 | | | | | | | |
| WELSH ADS IN, LLC 4350 BAKER RD STE 400 MINNETONKA, MN  55343-8628 | | X | | GUARANTEE | X | X | | UNKNOWN |
| Vendor No. | s728 | | | | | | | |
| WELSH ADS NC, LLC 4350 BAKER RD STE 400 MINNETONKA, MN  55343-8628 | | X | | GUARANTEE | X | X | | UNKNOWN |
| Vendor No. | s730 | | | | | | | |
| WESTMINSTER R&H MACEDONIA, LLC 270 WESTMINSTER, SUITE 300 LAKE FOREST, IL  60045 | | X | | GUARANTEE | X | X | | UNKNOWN |

Sheet no. 1 of 1   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Total          UNKNOWN

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any time share interests.

State nature of debtor's interest in contract, i.e. "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of the lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| *454* GLOBAL LEVERAGED CAPITAL CREDIT OPPORTUNITY FUND I<br>623 FIFTH AVENUE<br>NEW YORK, NY 10022 | MONEY LOANED<br>SENIOR SECURITY AGREEMENT |
| *458* HOLT ROAD, LLC C/O HSA COMMERCIAL REAL ESTATE<br>2515 S HOLT AVENUE<br>INDIANAPOLIS, IN 46241 | GUARANTEE OF REAL PROPERTY LEASE<br>BUILDING LEASE |
| *456* MERIT CAPITAL PARTNERS<br>303 WEST MADISON STREET<br>SUITE 2100<br>CHICAGO, IL 60606 | MONEY LOANED<br>SENIOR SECURITY AGREEMENT |
| *455* REGIMENT CAPITAL SPECIAL SITUATIONS FUND III, L P<br>222 BERKELEY STREET - 12TH FLOOR<br>BOSTON, MA 02116 | MONEY LOANED<br>SENIOR SECURITY AGREEMENT |
| *459* WELSH ADS IN, LLC<br>4350 BAKER RD STE 400<br>MINNETONKA, MN 55343-8628 | GUARANTEE OF REAL PROPERTY LEASE<br>BUILDING LEASE |
| *460* WELSH ADS NC, LLC<br>4350 BAKER RD STE 400<br>MINNETONKA, MN 55343-8628 | GUARANTEE OF REAL PROPERTY LEASE<br>BUILDING LEASE |
| *461* WESTMINSTER R&H MACEDONIA, LLC<br>270 WESTMINSTER, SUITE 300<br>LAKE FOREST, IL 60045 | GUARANTEE OF REAL PROPERTY LEASE<br>BUILDING LEASE |
| *457* WILLIAM BLAIR MEZZANINE CAPITAL FUND II, L P<br>303 W MADISON<br>SUITE 2100<br>CHICAGO, IL 60606 | MONEY LOANED<br>SENIOR SECURITY AGREEMENT |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | GE CORPORATE FINANCIAL SERVICES<br>500 WEST MONROE ST<br>CHICAGO, IL  60661 |
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | GLOBAL LEVERAGED CAPITAL CREDIT OPPORTUNITY<br>FUND I<br>50 CALIFORNIA STREET<br>SUITE 3260<br>SAN FRANCISCO, CA  94111 |
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | HOLT ROAD, LLC<br>C/O HSA COMMERCIAL REAL ESTATE<br>233 SOUTH WACKER DRIVE STE 350<br>CHICAGO, IL  60606 |
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | MERIT CAPITAL PARTNERS<br>303 W MADISON STREET<br>SUITE 2100<br>CHICAGO, IL  60606 |
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | REGIMENT CAPITAL SPECIAL SITUATIONS FUND III, L.P.<br>222 BERKELEY STREET<br>13TH FLOOR<br>BOSTON, MA  02116 |
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | WELSH ADS IN, LLC<br>4350 BAKER RD STE 400<br>MINNETONKA, MN  55343-8628 |
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | WELSH ADS NC, LLC<br>4350 BAKER RD STE 400<br>MINNETONKA, MN  55343-8628 |
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN  46304 | WESTMINSTER R&H MACEDONIA, LLC<br>270 WESTMINSTER, SUITE 300<br>LAKE FOREST, IL  60045 |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| ADS LOGISTICS, LLC<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | WILLIAM BLAIR MEZZANINE CAPITAL FUND II, L P ,<br>AS COLLATERAL AGENT<br>303 W MONROE STREET, SUITE 2100<br>CHICAGO, IL 60606 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | GE CORPORATE FINANCIAL SERVICES<br>500 WEST MONROE ST<br>CHICAGO, IL 60661 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | GLOBAL LEVERAGED CAPITAL CREDIT OPPORTUNITY<br>FUND I<br>50 CALIFORNIA STREET<br>SUITE 3260<br>SAN FRANCISCO, CA 94111 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | HOLT ROAD, LLC<br>C/O HSA COMMERCIAL REAL ESTATE<br>233 SOUTH WACKER DRIVE STE 350<br>CHICAGO, IL 60606 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | MERIT CAPITAL PARTNERS<br>303 W MADISON STREET<br>SUITE 2100<br>CHICAGO, IL 60606 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | REGIMENT CAPITAL SPECIAL SITUATIONS FUND III, L.P.<br>222 BERKELEY STREET<br>13TH FLOOR<br>BOSTON, MA 02116 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | WELSH ADS IN, LLC<br>4350 BAKER RD STE 400<br>MINNETONKA, MN 55343-8628 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | WELSH ADS NC, LLC<br>4350 BAKER RD STE 400<br>MINNETONKA, MN 55343-8628 |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | WESTMINSTER R&H MACEDONIA, LLC<br>270 WESTMINSTER, SUITE 300<br>LAKE FOREST, IL 60045 |
| MAY LOGISTICS SERVICES, INC.<br>116 EAST 1100 NORTH<br>CHESTERTON, IN 46304 | WILLIAM BLAIR MEZZANINE CAPITAL FUND II, L P ,<br>AS COLLATERAL AGENT<br>303 W MONROE STREET, SUITE 2100<br>CHICAGO, IL 60606 |

In re **Alternative Distribution Systems, Inc.** , Case No. **09-13099**

Debtor

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, Tim May, the Chief Operating Officer of Alternative Distribution Systems, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 19 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

*(Total shown on summary page plus 1.)*

Date ___October 2, 2009___   Signature ___/s/ Tim May_____

Tim May
(print name of individual signing on behalf of debtor)

Chief Operating Officer
(indicate position or relationship to debtor)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. sec. 152 and 3571.