# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Alternative Distribution Systems, Inc., *et al.*[1] | ) Case No. 09-13099 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF FILING OF AFFIDAVIT OF PUBLICATION
## REGARDING NOTICE OF AUCTION AND SALE HEARING

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc. (2412); May Logistics Services, Inc. (4970); and ADS Logistics, LLC (0782).

# AFFIDAVIT

STATE OF TEXAS )
                              ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general

circulation throughout the United States, and that the Notice attached to this Affidavit has

been regularly published in THE WALL STREET JOURNAL for national distribution

for <u>one</u> insertion(s) on the following date(s): <u>September 22, 2009</u>; advertiser: <u>Alternative</u>

<u>Distribution Systems, Inc., et al.</u>; and that the foregoing statements are true and correct to

the best of my knowledge.

_____

Sworn to before me this
<u>23rd</u> day of <u>September, 2009</u>.


_____
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: ALTERNATIVE DISTRIBUTION ) Chapter 11
SYSTEMS, INC., et al.,[1] ) Case No. 09-13099 (PJW)
Debtors. ) Jointly Administered

### NOTICE OF AUCTION AND SALE HEARING

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 15, 2009, the debtors in the above-captioned cases (collectively, the "Debtors") entered into an Asset Purchase Agreement by and between General Electric Capital Corporation, Global Leveraged Capital Credit Opportunity Fund I, and Regiment Capital Special Situations Fund III, L.P., or their assignee (the "Buyer") and the Debtors, dated as of September 15, 2009 (the "Stalking Horse APA"). On September 2, 2009, the Debtors filed a motion (the "Motion")[2] [Docket No 15] for entry of orders, among other things: (i) approving Bidding Procedures (the "Bidding Procedures") in connection with the sale (the "Sale") of substantially all of the Debtors' assets (the "Purchased Assets") either to the Buyer pursuant to the Stalking Horse APA, or with respect to a higher or otherwise better bid (a "Alternate Transaction") with an alternate buyer (an "Alternate Buyer"); (ii) scheduling a hearing (the "Sale Hearing") to consider the sale of the Purchased Assets and setting objection and bidding deadlines with respect to the Sale; (iii) approving the form and manner of notice of the Auction for the Purchased Assets and the Sale Hearing; (iv) establishing deadlines by which parties may object to the proposed assumption, assignment and/or transfer of contracts and leases and assert claims for any cure amount; (v) approving an expense reimbursement with respect to the sale of the Purchased Assets to the Buyer pursuant to the terms of the Stalking Horse APA; and (vi) granting related relief. The Motion additionally requests entry of an order or orders: (i) authorizing the sale of the Purchased Assets free and clear of liens, claims, encumbrances, and interests, pursuant to the Stalking Horse APA or such other Alternate Transaction; (ii) approving the assumption, assignment and/or transfer of the designated Executory Contracts and Unexpired Leases; and (iii) granting related relief.

2. The Debtors are seeking to sell the Purchased Assets to the Buyer or such other Successful Bidder. Approval of the sale of assets to either the Buyer or such other Successful Bidder may result, in among other things, the assumption, assignment and/or transfer by the Debtors of certain executory contracts and leases. If you are a party to an executory contract or lease with the Debtors, you will receive a separate notice that contains relevant dates and other information that may impact you as a party to an executory contract or lease.

3. On September 16, 2009, the United States Bankruptcy Court for the District of Delaware entered the Bidding Procedures Order. Pursuant to the Bidding Procedures Order, if the Debtors receive any Qualified Bids (as defined in the Bidding Procedures), the auction for the Purchased Assets shall take place on October 9, 2009, at 10:00 a.m. (prevailing Eastern Time) at the offices of Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801. Only parties that have submitted a Qualified Bid in accordance with the Bidding Procedures, attached to the Bidding Procedures Order as Schedule 1, by no later than October 8, 2009 at 12:00 noon (prevailing Eastern Time) (the "Bid Deadline") may participate at the respective auction. Any party that wishes to take part in this process and submit a bid for the Purchased Assets must submit their competing bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

4. The Sale Hearing to consider approval of the Sale of the Purchased Assets to the Buyer or such other Successful Bidder free and clear of all liens, claims, and encumbrances will be held before the Honorable Peter J. Walsh, United States Bankruptcy Judge, 824 North Market Street, Wilmington, Delaware 19801 on October 14, 2009 at 2:00 p.m. (prevailing Eastern Time), or at such other time thereafter as counsel may be heard The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing

5. Objections, if any, to the Sale, or the relief requested in the Motion (other than with respect to cure amounts and adequate assurance which are subject to a separate notice) must: (a) be in writing; (b) comply with the Bankruptcy Rules and the Local Rules; (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 Market Street, Wilmington, Delaware 19801, on or before 4:00 p.m. (prevailing Eastern Time) on October 9, 2009, or such later date and time as the Debtors may agree; and (d) be served so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on the same day, upon (i) Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801 (Attn: Norman L Pernick, Esq.), co-counsel to the Debtors; (ii) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, Illinois 60602 (Attn: Jeff J. Marwil, Esq. and Grayson T. Walter, Esq.), co-counsel to the Debtors; (iii) Alternative Distribution Systems, Inc., 110 East 1100 North, Chesterton, Indiana 46304 (Attn: Timothy M. May), (iv) Sidley Austin LLP, One South Dearborn, Chicago, Illinois 60603 (Attn: Larry Nyhan, Esq.), counsel to the administrative agent for the First Lien Lenders; (v) Richards Layton & Finger, 920 North King Street, Wilmington, Delaware, 19801 (Attn. Mark Collins, Esq.), co-counsel to the agent for the Debtors' postpetition lenders, (vi) counsel to any statutory committee that may be appointed in these cases, and (vii) the Office of the United States Trustee, 844 King Street, Room 2313, Wilmington, Delaware 19801 (Attn Richard Schepacarter) UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER HEARING AND NOTICE.

6. This Notice and the Sale Hearing is subject to the fuller terms and conditions of the Motion, the Bidding Procedures Order, and the Bidding Procedures, which shall control in the event of any conflict and the Debtors encourage parties-in-interest to review such documents in their entirety. Parties interested in receiving more information regarding the sale of the Purchased Assets or to obtain a copy of any related document (including the Stalking Horse APA), subject to any necessary confidentiality agreement, may make a written request to: (i) Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, Illinois 60602 (Attn: Jeff J Marwil, Esq and Grayson T Walter, Esq.), co-counsel to the Debtors In addition, copies of the Motion, the Bidding Procedures Order and the Notice can be found on (a) the Court's website, www.deb.uscourts.gov; and (b) the case management website maintained by The BMC Group, Inc., noticing and claims agent for the Debtors, www.bmcgroup.com/ads; and are on file with the Clerk of the Bankruptcy Court, Third Floor, 824 Market Street, Wilmington, Delaware 19801.

Dated Wilmington, Delaware · September 18, 2009

| COLE, SCHOTZ, MEISEL, | PROSKAUER ROSE LLP |
| FORMAN & LEONARD, P.A | |
| /s/ Norman L. Pernick (No 2290) | Jeff J Marwil (admitted pro hac vice) |
| Patrick J Reilley (No. 4451) | Peter J Young (admitted pro hac vice) |
| 500 Delaware Avenue | Grayson T Walter (admitted pro hac vice) |
| Suite 1410 | Three First National Plaza |
| Wilmington, Delaware 19801 | 70 West Madison, Suite 3800 |
| Telephone.. (302) 652-3131 | Chicago, Illinois 60602 |
| Facsimile. (302) 652-3117 | Telephone. (312) 962-3550 |
| | Facsimile: (312) 962-3551 |

*Proposed Co-Counsel for Debtors and Debtors in Possession*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc (2412), May Logistics Services, Inc (4970); and ADS Logistics, LLC (0782)

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE SCIENTIFIC-ATLANTA, ) CIVIL ACTION FILE
INC. SECURITIES LITIGATION ) NO. 1:01-CV-1950-RWS

### SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE SECURITIES OF SCIENTIFIC-ATLANTA, INC. (TICKER SYMBOL: "SFA") BETWEEN JANUARY 18, 2001 AND AUGUST 16, 2001, INCLUSIVE AND RETAINED SAID SECURITIES ON OR AFTER JULY 19, 2001, OR WHO SOLD PUT OPTIONS OF SCIENTIFIC-ATLANTA, INC. BETWEEN JANUARY 18, 2001 AND AUGUST 16, 2001, INCLUSIVE, WHICH OPTIONS WERE EXERCISED ON OR AFTER JULY 19, 2001.

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of Georgia, Atlanta Division, that a lawsuit is now pending in that Court against Scientific-Atlanta, Inc. ("S-A" or the "Company") and two of its current or former officers. The lawsuit alleges that S-A and two of its officers misled investors about demand for the Company's products and engaged in accounting practices that were contrary to Generally Accepted Accounting Principles ("GAAP") in violation of federal securities laws, and that as a result, the Company's shareholders were damaged. Defendants deny the claims in the lawsuit. The lawsuit will be decided by a jury sitting before the Honorable Richard W. Story, United States District Judge.

If you purchased S-A common stock during the period beginning January 18, 2001 through and including August 16, 2001, or sold put options beginning January 18, 2001 through and including August 16, 2001 that were exercised on or after July 19, 2001, your rights may be affected by this Litigation and any judgment rendered by the jury. If you have not received a copy of the Notice of Pendency of Class Action, you may obtain copies by visiting the website at www.sfastocksuit.com, or writing to the Claims Administrator:

Claims Administrator
In re Scientific-Atlanta, Inc. Securities Litigation
c/o The Garden City Group, Inc.
P.O. Box 9391
Dublin, OH 43017-4291

You will be bound by any judgment rendered in the Litigation unless, postmarked on or before December 4, 2009, you :

(a) Send a request to be excluded, in writing, to the Claims Administrator at the above address; and

(b) Mail copies of your request to the following counsel:

| Craig G. Harley, Esq. | Juli E. Farris, Esq. |
| Meryl W. Roper, Esq. | KELLER ROHRBACK, |
| CHITWOOD HARLEY | L.L.P. |
| HARNES LLP | 1201 Third Avenue, |
| 1230 Peachtree Street NE | Suite 3200 |
| 2300 Promenade II | Seattle, WA 98101-3052 |
| Atlanta, GA 30309 | |
| Plaintiffs' Class Counsel | Plaintiffs' Class Counsel |

PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.

DATED August 31, 2009

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**1-888-250-5832** www.sfastocksuit.com

---

### PUBLIC NOTICE
### LOUISIANA HOUSING FINANCE AGENCY

Asset Management Consultant
for Tax Credit Exchange Program and
1602 Exchange Statewide
**REQUEST FOR PROPOSALS**

The Louisiana Housing Finance Agency (the "Agency") hereby gives notice that it is seeking proposals from qualified consultants to provide asset management services for multifamily housing projects funded wholly or in part with programs authorized by the American Recovery and ...



---

tion that chip bu...
the market lead...

"Intel is los...
world on the ba...
that comes from...
own customers...
McCoy, AMD's ...
"It's the market...
ing to the regula...

Dell flirted...
years before d...
some of AMD's c...
tel loomed larg...
ment indicates...
buying from AM...
vere," according...
tation from Feb...

A Dell spoke...
company "never...



THE W...

**GR**

**Thurs**

We gua...

• Exam...
• Best...
• Netw...
• Idea...

**Regist...**

ww...

# Be
# in the
# Legal
# Loop

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ALTERNATIVE DISTRIBUTION SYSTEMS, INC., et al., | Chapter 11<br>Case No. 09-13099 (PJW)<br>Jointly Administered |

**NOTICE OF MOTION AND SALE HEARING**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. On September 15, 2009, the debtors in the above-captioned cases (collectively, the "Debtors") entered into an Asset Purchase Agreement by and between the Debtors, on the one hand, and Regiment Capital Special Situations Fund III, L.P., or the Debtors, dated as of September 15, ... On September 2, ..., No. 15) for ...

the Debtors ...
to the Bidding ...
bid, (ii) ...
Stalking Horse ...
respect to the Sale; (iii) ...
Auction for the Purchased Assets ...
deadlines ...
... any announcement ...

(x) ... pursuant to the Stalking Horse APA or such other Alternative Transaction, (xi) approve the assumption ...

2. The Debtors are seeking to sell the Purchased Assets ... or such other Successful Bidder ... the Bidding Procedures ... these, the ... contract or unexpired lease ... you will receive a separate notice ... containing ... information that may impact you as a party to an ...

3. On September ..., the United States Bankruptcy Court for the District of ... Bidding Procedures Order. Pursuant to the Bidding Procedures ... any Qualified Bid, as defined in the Bidding Procedures ...

The Sale Hearing may ... to time without further notice to creditors or parties in interest ... by announcement of the adjournment ... for the Sale Hearing ...

... (other than with respect to ... (b) comply with ... subject to a secured ... with the clerk of the ... the Debtors. This ..., 824 Market ...

4:00 p.m. ...
Scotts, Wilmington ... Leonard, P.A. ... Suite 1410, Wilmington ... Norman L. Pernick, co-counsel to the Debtors; (b) Proskauer ... LLP, 70 West ... 10000, Chicago, Illinois 60602 (Attn: ... Marvel, Esq., as ...; Esq.), co-counsel to the Debtors; (c) ... 115 ... 1100 North ..., Indiana 46304 ... Timothy S. Mann; (h) Sidley Austin LLP, ... North Dearborn, Chicago, Illinois 60603 (Attn: Larry Nyhan, ... to the administrative agent for the first lien lenders; (i) ... & Finger, 920 North ..., Delaware 19801 (Attn: Mark Collins, Esq.), co-counsel to the Debtors (proposed) lenders; (d) counsel to any official ... that may be appointed in these cases; and (vii) ...

OBJECTION ...

... in receiving more information regarding sale of the Purchased Assets or to obtain a copy of any related documents (including the Stalking Horse APA), subject to any necessary ... contact ... at ... 60602 (Attn: ... Rose, 70 ... Pursuant to ... Bryson T, the Bidding Procedures Order and the ... in ... Bidding ... 10 ...

**[signature/firm block — illegible]**
... (admitted pro hac vice)
... (admitted pro hac vice)
... Young (admitted pro hac vice)