# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Alternative Distribution Systems, Inc., *et al.*[1] | ) Case No. 09-13099 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) Related to Docket No. 15 |

## NOTICE OF FILING REVISED ORDER (I) APPROVING THE ASSET PURCHASE AGREEMENT; (II) AUTHORIZING AND APPROVING THE SALE OF CERTAIN ASSETS OF THE DEBTORS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (III) AUTHORIZING AND APPROVING THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that on September 2, 2009, the Debtors filed the Motion for Orders: (A)(I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling a Hearing to Consider the Sale of Assets, (III) Approving the Form and Manner of Notice Thereof, and (IV) Approving Expense Reimbursement; (B)(I) Approving the Asset Purchase Agreement, (II) Authorizing and Approving the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, and (III) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief (the "Motion") and a proposed sale order (the "Initial Order") [Docket No. 15].

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as Exhibit "A" is a revised Order (I) Approving the Asset Purchase Agreement; (II) Authorizing and Approving the Sale of Certain Assets of the Debtors Free and Clear of Liens, Claims, Encumbrances, and Interests; and (III) Authorizing and Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Revised Order").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Alternative Distribution Systems, Inc. (2412); May Logistics Services, Inc. (4970); and ADS Logistics, LLC (0782).

PLEASE TAKE FURTHER NOTICE that, attached hereto as Exhibit "B" is a blackline comparing the Revised Order to the Initial Order. The Debtors intend to submit the Revised Order at the hearing scheduled on October 14, 2009.

Dated: October 13, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

_____
Norman L. Pernick (No. 2290)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

-and-

**PROSKAUER ROSE LLP**
Jeff J. Marwil (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Grayson T. Walter (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, Illinois 60602
Telephone: (312) 962-3550
Facsimile: (312) 962-3551

Counsel for Debtors and Debtors in Possession